IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHAWN ETHERIDGE, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-878-A |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

O R D E R

Now before the court is the above-captioned action wherein plaintiffs are Shawn Etheridge and Mary Etheridge, and defendant is State Farm Lloyds. On December 23, 2015, the court ordered that by January 4, 2016, plaintiffs file an amended complaint. The order stated that "failure of any party to comply with this order may result in the imposition of sanctions, up to and including dismissal of plaintiffs' claims or granting of a default judgment, as appropriate, without further notice." Accordingly, the court concludes that no lesser sanction than dismissal for failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure is warranted for such failure to comply.[1] Therefore,

---

[1] Rule 41(b) contemplates that a dismissal under it will be on motion of a defendant. However, the court has inherent authority to dismiss, sua sponte. See Link v. Wabash R.R. Co., 370 U.S. 626, 630 (1962); Jones v. Caddo Parish Sch. Bd., 704 F.2d 206, 214 (5th Cir. 1983).

The court ORDERS that all claims and causes of action asserted by plaintiffs, Shawn Etheridge and Mary Etheridge, against defendant, State Farm Lloyds, be, and are hereby, dismissed for failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED January 6, 2016.

_____
JOHN McBRYDE
United States District Judge