IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHAWN ETHERIDGE, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-878-A |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the order signed by the court on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action filed by plaintiffs, Shawn Etheridge and Mary Etheridge, against defendant, Wells Fargo Bank, be, and is hereby, dismissed for failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED January 6, 2016.

JOHN McBRYDE
United States District Judge