NORTHERN DISTRICT OF TEXAS
FILED

JAN - 7 2016

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHAWN ETHERIDGE, ET AL., | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § NO. 4:15-CV-878-A |
| | § |
| STATE FARM LLOYDS, | § |
| | § |
| Defendant. | § |

## CORRECTED FINAL JUDGMENT

This corrected final judgment replaces in its entirety the final judgment signed by the court in the above-captioned action on January 6, 2016,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action filed by plaintiffs, Shawn Etheridge and Mary Etheridge, against defendant, State Farm LLoyds, be, and is hereby, dismissed for failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED January 7, 2016.

_____
JOHN McBRYDE
United States District Judge